152 P.3d 1

# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Brende v. Hara | 27964 | 01/25/2007 | Granted | —— Hawai'i ——,<br>—— P.3d —— |
| Dudoit v. Clifton | 27933 | 02/16/2007 | Denied | —— Hawai'i ——,<br>—— P.3d —— |
| State v. Kupahu | 26580,<br>26586 | 02/01/2007 | Denied | 112 Hawai'i 278,<br>145 P.3d 821 |
| Zane v. Liberty Mut. Fire Ins. Co. | 27317 | 03/01/2007 | Granted | —— Hawai'i ——,<br>—— P.3d —— |